■ The People of the State of New York, Respondent, v Henry Lightsey, Also Known as Henry Lightsey, Jr., Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on May 22, 1986, unanimously affirmed. Motion by appellant to enlarge the record on appeal denied. No opinion. Concur—Sullivan, J. P., Carro, Kassal, Rosenberger and Wallach, JJ.

■ Marine Midland Bank, N. A., Respondent, v Michael Butler, Defendant, and Stephen Haenel, Appellant.—Order, Supreme Court, New York County (Walter Schackman, J.), entered on or about May 12, 1986, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The application to enlarge the record on appeal is denied. No opinion. Concur—Kupferman, J. P., Sullivan, Kassal, Ellerin and Wallach, JJ.

■ John Luomala, Petitioner, v Michael J. Dontzin, Respondent.—Application for a writ of mandamus unanimously denied and the petition dismissed, without costs and without disbursements, and petitioner's motion to leave to prosecute the proceeding as a poor person, and for other relief, denied in its entirety. No opinion. Concur—Kupferman, J. P., Sullivan, Kassal, Ellerin and Wallach, JJ.